# ANTONELLI, HARRINGTON & THOMPSON LLP

4306 YOAKUM BOULEVARD, SUITE 450 • HOUSTON, TX 77006 • 713-581-3000 • FAX: 713-581-3020

Christopher Ryan Pinckney<br>
Direct: (713) 581-3019<br>
Email: ryan@ahtlawfirm.com

May 4, 2018

USPTO FOIA Officer
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, Virginia 22313-1450

    Re:    *Freedom of Information Act Request*

To Whom It May Concern:

    I write to request, under the Freedom of Information Act, certain documents related to the four *inter partes* review petitions/proceedings captioned St. Jude Medical, LLC v. Snyders Heart Valve LLC, IPR2018-00105, IPR2018-00106, IPR2018-00107, and IPR2018-00109. Specifically, I request a copy of:

1. Documents sufficient to show who was involved in decisions regarding institution of IPR2018-00105, IPR2018-00106, IPR2018-00107, and IPR2018-00109.

2. Documents regarding recusal of Director Andrei Iancu in IPR2018-00105, IPR2018-00106, IPR2018-00107, or IPR2018-00109.

3. Documents regarding involvement of Director Andrei Iancu in IPR2018-00105, IPR2018-00106, IPR2018-00107, or IPR2018-00109.

4. Documents regarding who replaced Director Andrei Iancu in decisions regarding institution of IPR2018-00105, IPR2018-00106, IPR2018-00107, or IPR2018-00109.

Please let me know if you have any questions regarding this request.

                                            Respectfully submitted,

                                            Christopher Ryan Pinckney